■ CURI & ARANDIA, ESQS., Appellant, et al., Plaintiff, v YOLANDA PEREZ et al., Respondents. [643 NYS2d 384] —Appeal by the plaintiff Curi & Arandia from an order of the Supreme Court, Kings County (Dowd, J.), dated July 17, 1995.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Dowd at the Supreme Court. Mangano, P. J., Sullivan, Altman and Hart, JJ., concur.